No. 97–991. TUKES v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97–992. AMERICAN CONSTITUTIONAL LAW FOUNDATION, INC., ET AL. v. BUCKLEY, SECRETARY OF STATE OF COLORADO. C. A. 10th Cir. Certiorari denied.

No. 97–995. BROWNING-FERRIS, INC., ET AL. v. SUN CO., INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–996. DEATON v. DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir. Certiorari denied.

No. 97–997. REISS ET UX. v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 97–1000. McDONNELL DOUGLAS CORP. v. STAFFORD ET AL.; and McDONNELL DOUGLAS CORP. v. SYKES. C. A. 9th Cir. Certiorari denied.

No. 97–1001. WALDAU v. COUGHLIN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1002. KOBRIN v. UNIVERSITY OF MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1003. ISBELL v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA (HERMAN, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 97–1007. FINN v. UNITED STATES;
No. 97–7036. PEMBERTON v. UNITED STATES; and
No. 97–7245. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 121 F. 3d 1157.

No. 97–1009. WALKUP, ATTORNEY GENERAL OF TENNESSEE, ET AL. v. BOARD OF COMMISSIONERS OF SHELBY COUNTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1010. BELL BROTHERS ET AL. v. BANK ONE, LAFAYETTE, N. A., FKA PURDUE NATIONAL BANK. C. A. 7th Cir. Certiorari denied.